## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALBERT FORD,<br><br>            Plaintiff,<br><br>v.<br><br>JAMES BENDER, et al.<br><br>            Defendants. | Civil Action No. 07-11457-JLT |

## NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS AGAINST DEFENDANT BELLOTTI

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and in lieu of a response to Defendant Michael Bellotti's motion to dismiss, Plaintiff Albert Ford hereby voluntarily dismisses without prejudice all claims against Defendant Bellotti in the above-captioned action.

                                    Respectfully submitted,
                                    ALBERT FORD

                                    By his attorneys,

                                    /s/ Michael D. Hoke
                                    Lisa J. Pirozzolo, BBO # 561922
                                    Michael D. Hoke, BBO # 670753
                                    Wilmer Cutler Pickering Hale and Dorr LLP
                                    60 State Street
                                    Boston, MA 02109
                                    Tel:  (617) 526-6000
                                    Fax:  (617) 526-5000

Dated:  June 25, 2008

## CERTIFICATE OF SERVICE

     I, Michael D. Hoke, hereby certify that a true copy of the above document was served upon the attorney of record for each other party through the Court's electronic court filing (ECF) system, this 25th day of June, 2008.

                                                    _____/s/ Michael D. Hoke_____
                                                  Michael D. Hoke, BBO # 670753