# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALBERT FORD,<br><br>        Plaintiff,<br><br>v.<br><br>JAMES BENDER, et al.<br><br>        Defendants. | Civil Action No. 07-11457-JGD |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF MICHAEL HOKE

Pursuant to Local Rule 83.5.2(c), Michael D. Hoke of Wilmer Cutler Pickering Hale and Dorr LLP hereby moves for leave to withdraw his appearance as counsel for plaintiff Albert Ford in connection with the above-captioned action, and to be removed from the Court's ECF e-mail service list for this matter. Plaintiff Ford is currently, and will continue to be, represented by Lisa Pirozzolo and Timothy Syrett, also of the law firm of Wilmer Cutler Pickering Hale and Dorr LLP.

                                                  Respectfully submitted,

                                                  /s/ Michael D. Hoke
                                                  Michael D. Hoke (BBO # 670753)
                                                  Wilmer Cutler Pickering Hale and Dorr LLP
                                                  60 State Street
                                                  Boston, MA 02109
                                                  Tel:  (617) 526-6000
                                                  Fax:  (617) 526-5000

Dated:  May 20, 2009

US1DOCS 7165417v2

**CERTIFICATE OF SERVICE**

    I, Michael D. Hoke, hereby certify that a true copy of the above document was served upon the attorney of record for each other party through the Court's electronic court filing (ECF) system, this 20th day of May, 2009.

                                             /s/ Michael D. Hoke
                                    Michael D. Hoke, BBO # 670753